# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIGNATURE MEDICAL, LTD, LLC, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| vs. | : | NO. 15-3785 |
| | : | |
| U.S. MED-EQUIP, INC., | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this 11th day of September, 2017, upon consideration of the defendant's motion to dismiss (Document #6), the plaintiffs' response in opposition thereto (Document #9), and the defendant's reply brief (Document #12), IT IS HEREBY ORDERED that the motion is GRANTED in its entirety.

IT IS FURTHER ORDERED that the defendant's motion to strike (Document #7) is DENIED as moot.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

 */s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C. J.